## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32857) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 31, 2011

## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32876) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 31, 2011

## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32858) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 31, 2011